# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BCD FARMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV25** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CERTIFIED ANGUS BEEF, LLC,** | ) | |
| **ANGUS PRODUCTIONS, INC.,** | ) | |
| **and ANGUS JOURNAL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendants' Notice of Withdrawal of Counsel (Filing No. 21) seeking the withdrawal of attorney Nathan J. Meisgeier as counsel in this case. The defendants are represented by other counsel from the same firm. The court finds good cause shown for the withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The defendants' Notice of Withdrawal of Counsel (Filing No. 21) is granted.

2. The Clerk of Court shall stop all electronic notices to Nathan J. Meisgeier regarding this case.

DATED this 19th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge