IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BCD FARMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV25 |
| | ) | |
| vs. | ) | |
| | ) | |
| CERTIFIED ANGUS BEEF, LLC, | ) | **MEMORANDUM AND ORDER** |
| ANGUS PRODUCTIONS, INC., and | ) | |
| ANGUS JOURNAL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend time, Filing No. 75, to respond to defendant's motion for summary judgment.   The court finds this motion should be granted.

THEREFORE, IT IS ORDERED THAT plaintiff's motion to extend time, Filing No. 75, is granted until November 8, 2007.

DATED this 18th day of September, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge